1 | ELIZABETH WALDOW
2 | NATIONAL PARK SERVICE
  | Law Enforcement Office
3 | P.O. Box 517
  | Yosemite, California   95389
4 | Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-091 |
|---|---|---|
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S |
| | ) | MOTION TO SUPPRESS EVIDENCE. |
| v. | ) | |
| NOEL A. CURIEL, | ) | Date: September 27, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Suppress Evidence, the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion be denied.

1

Respectfully submitted,


Dated:   September 27, 2006          /s/Elizabeth Waldow
                                     Elizabeth Waldow
                                     National Park Service


**ORDER**

IT IS SO ORDERED.

**Dated:   October 16, 2006**          **/s/  William M. Wunderlich**
mmkd34                                 UNITED STATES MAGISTRATE JUDGE

2