AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

**UNITED STATES DISTRICT COURT**

__Eastern__ District of __California__

**JUDGMENT**

UNITED STATES OF AMERICA

V.                           Case Number: 6:06-mj-00091-WMW

Noel Curiel              Stephen Betz, A.F.D.
                               Defendant's Attorney

*THE DEFENDANT:*

[X]   Pleaded guilty to counts THREE

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23(a)2 | DUI>.08% | Three | July 03, 2006 |

*The defendant is sentenced as provided in pages 2 through 2 of this Judgment.*

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
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

March 6, 2007
*Date of Imposition of Sentence*

*[signature]*
*Signature of Judicial Officer*

*Defendant's mailing address:*

Yosemite, CA 95389

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Defendant's residence address:*

Yosemite, CA 95389

Date: March 7, 2007

AO 245S Modified (3/90) Sheet 4 - Probation

*Defendant:* Noel Curiel
*Case Number:* 6:06-mj-00091-WMW

## PROBATION

The defendant is hereby placed on unsupervised probation for a term of:

24 Months.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:

1. Serve 6 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 6:00 p.m. on April 27, 2007. The Court recommends that the defendant be placed in Mariposa County Jail. Court also recommends that defendant serve time on the weekends of April 27, 2007 and May 4, 2007.

2. The defendant shall pay a fine of $2300 and a penalty assessment of $10 for a total of $2310. Payment shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322 in payments of $100 per month, commencing on April 6, 2007 and due on the 6th of each month until paid in full.

3. The defendant shall not drive a vehicle unless the vehicle is properly insured and registered.

4. The defendant shall no drive a vehicle with out a valid driver's license.

5. The defendant shall not use or possess alcohol.